AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MITCHELL KEITH GOODRUM,          JUDGMENT

        Plaintiff,

v.                               Case Number:  3:24-cv-00005-MMD-CSD

NUGGET CASINO et. al.,

        Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judge Denney's Report and Recommendation (ECF No. 9) is accepted and adopted in full.
**IT IS FURTHER ORDERED** Plaintiff's IFP application (ECF No. 6) is granted.
**IT IS FURTHER ORDERED** that NDOC shall pay Clerk $350 filing fee from inmate account. An initial partial filing fee in the amount of $50.92 within 30 days of the entry of this order.
**IT IS FURTHER ORDERED** that the Clerk of Court is further directed to send a copy of this order to the Chief of Inmate Services for the Nevada Department of Corrections.
**IT IS FURTHER ORDERED** that the Clerk of Court is further directed to file the Complaint (ECF No. 1-1).
**IT IS FURTHER ORDERED** that Plaintiff's federal constitutional claims are dismissed with prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: July 23, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk