UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>                     Plaintiff,<br>    v.<br><br>NUGGET CASINO, *et al.*,<br><br>                     Defendants. | Case No. 3:24-cv-00005-MMD-CSD<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should thus be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (finding revocation of *in forma pauperis* status appropriate where a district court finds the appeal to be frivolous).

DATED THIS 12th Day of August 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE